JAMES T. WATSON, Respondent, *v.* ELIZABETH P. KING, as Surviving Executrix, etc., Appellant.*

(Argued January 17, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made December 8, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*George W. Parkhurst* for appellant.

*John B. Higgins* for respondent.

Agree to affirm on opinion below.

All concur.

Judgment affirmed. _____

_____

* Reported below, 73 Hun, 340.